## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS APPLEMAN, | : | Case No.  24-cv-1421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC. and AFFIRM, INC., | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 13th day of September, 2024, upon consideration of Defendant Affirm, Inc.'s Motion to Compel Arbitration, it is **HEREBY ORDERED** that the motion is **GRANTED**. The parties shall submit the dispute to arbitration according to the terms of the agreement between the parties and this case is **STAYED** pending arbitration. The parties must advise the Court of the status of this action upon completion of arbitration.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**