UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS APPLEMAN,** | : | |
| | : | Case No.   24-cv-1421-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC., and AFFIRM,** *et al.*, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 4th day of June, 2025, it is hereby **ORDERED** that the Final Pre-Trial conference in the above-captioned matter, scheduled for Tuesday, June 10, 2025 at 10:00 A.M. is **CANCELED until further notice.**

                                         **BY THE COURT:**

                                         /s/ *John Milton Younge*
                                         Judge John Milton Younge