**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOUGLAS APPLEMAN,             :
                                    :
    Plaintiff,                 :
                                    :            Civil Action
        v.                    :
                                      :            No. 24-cv-1421-JMY
EXPERIAN INFORMATION SOLUTIONS,     :
INC. and AFFIRM, INC.,              :
                                    :
    Defendant.              :
                                    :

## ORDER

**AND NOW**, this 14th day of May, 2026, upon consideration of Plaintiff's Motion to Vacate Arbitration Award, ECF No. 34, and Defendant Affirm's Cross Motion to Confirm Arbitration Award, ECF No. 38, as well as the filings in support of and opposition to these motions, ECF Nos. 41, 43, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Vacate Arbitration Award, ECF No. 34, is **DENIED**;

2. Defendant Affirm's Cross Motion to Confirm Arbitration Award, ECF No. 38, is **GRANTED**.

    **IT IS SO ORDERED.**

                                  BY THE COURT:

                                  */s/ John Milton Younge*

                                  **Judge John Milton Younge**